IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| **Jaime Eliceo Castro Guaman**, <br><br> Petitioner, <br><br> -against- <br><br> **Donald J. Trump**, in his official capacity as President of the United States; **David Wesling**, in his official capacity as Acting Boston Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations; **David W. Johnston**, Vermont Sub-Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations; **Todd M. Lyons**, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; **Pete R. Flores**, in his official capacity as Acting Commissioner for U.S. Customs and Border Protections; **Kristi Noem**, in her official capacity as Secretary of the United States Department of Homeland Security; **Marco Rubio**, in his official capacity as Secretary of State; **Pamela Bondi**, in her official capacity as U.S. Attorney General; and **Greg Hale**, in his official capacity as Superintendent, Northwest State Correctional Facility, <br><br> Respondents. | Case No.: 2:26-cv-73 <br><br> **PETITION FOR WRIT OF HABEAS CORPUS** |

## ORDER

    In order to preserve this Court's jurisdiction based on the inherent equitable powers of this Court, and pursuant to the All-Writs Act, 28 U.S.C. § 1651, it is ordered that the Petitioner, Jaime Eliceo Castro Guaman, not be removed from the United States or moved out of the territory of the District of Vermont pending further order of this Court.

    DATED at Burlington, in the District of Vermont, this 13th day of March, 2026 at 8:36 a.m.

                                                    /s/ William K. Sessions III
                                                    U.S. District Judge